IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

06 - CV - 02243 ~ bnß

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 8 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. _____

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

FREDERICK DEMETRIUS DEBERRY,

    Applicant,

v.

MR. R. WILEY, (Warden),

    Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ

of Habeas Corpus Pursuant to 28 U.S.C. § 2241. As part of the court's review pursuant

to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Applicant will be directed to cure the

following if he wishes to pursue his claims. Any papers which the Applicant files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month
            period immediately preceding this filing
(4)   __   is missing required financial information

(5)   __   is missing an original signature by the prisoner
(6)   _X_  is not on proper form (must use the court's current form)
(7)   __   names in caption do not match names in caption of complaint, petition or
           habeas application
(8)   __   An original and a copy have not been received by the court.
           Only an original has been received.
(9)   __   other _____

**Complaint, Petition or Application:**
(10)  __   is not submitted
(11)  _X_  is not on proper form (must use the court's current form)
(12)  __   is missing an original signature by the prisoner
(13)  __   is missing page nos. ___
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   An original and a copy have not been received by the court.  Only an
           original has been received.
(16)  __   Sufficient copies to serve each defendant/respondent have not been
           received by the court.
(17)  __   names in caption do not match names in text
(18)  __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Applicant

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together

with a copy of this order, two copies of the following forms: a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action

and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

2

the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this 7th day of *November*_____, 2006.

BY THE COURT:

_____

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. **06 - CV - 02243** ~ßnß

Frederick D. DeBerry
Reg. No. 09303-042
USP - MAX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on _11-8-06_

                                        GREGORY C. LANGHAM, CLERK

                                        By:_____
                                               Deputy Clerk